**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

NAVEEN KUMAR,                                     )
                                                 )
          Petitioner,                            )
                                                 )
v.                                               )          Case No. CIV-26-352-J
                                                 )
JOSHUA JOHNSON, et al.,                          )
                                                 )
          Respondents.                           )

## JUDGMENT

Pursuant to the Order filed this same day, the Court GRANTS IN PART Petitioner's Petition for Writ of Habeas Corpus.  Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within five business days or otherwise release Petitioner if he has not received the hearing within that period, and shall certify compliance by filing a status report within seven business days of the date of the Order filed this same day.

IT IS SO ORDERED this 7th day of April, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE